UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                          :
                                               :   Case No. 02 B 41729 (REG)
Adelphia Communications Corp.,                 :
                                               :
                           Debtor.             :   (Chapter 11)
-------------------------------------------------------X

## APPOINTMENT OF COMMITTEE OF
## EQUITY SECURITY HOLDERS

Pursuant to Section 1102(c) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest equity security holders who are willing to serve are appointed to the committee of equity security holders:

1.  Mr. Leonard Tow for himself and on behalf of Claire Tow, The Tow Charitable Remainder Trust #1, The Tow Foundation, Inc., The Leonard and Claire Tow Charitable Trust, Inc., the Claire Tow Trust, Citizens Communications Company and CU Capital Corp.
    3 High Ridge Park
    Stamford, Connecticut 06905
    Tel. 203-614-4601
    Fax 203-614-4627
    Attn: Mr. Leonard Tow

2.  Wallace R. Weitz & Company
    1125 South 103rd Street, Suite 600
    Omaha, Nebraska 68124
    Tel. 402-391-1980
    Fax 402-391-2125
    Attn: Mr. Wallace R. Weitz

3.  AIG DKR Sound Shore Funds
    1281 East Main Street, 3rd Floor
    Stamford, Connecticut 06902
    Tel. 203-324-8429
    Fax 203-324-8498
    Attn: Mr. Marc Seidenberg

4.    Blue River LLC - Personal Holdings of Van Greenfield
360 East 88th Street, Apt. 2D
New York, N.Y. 10128
Tel. 212-426-1700
Fax 212-426-5677
Attn: Mr. Van Greenfield

5.    Highbridge Capital Corp.
c/o Andrew R. Martin, Highbridge Capital Management
9 West 57th Street, 27th Floor
New York, N.Y. 10019
Tel. 212-287-4735
Fax 212-755-4250
Attn: Andrew R. Martin, Portfolio Manager

Dated: New York, New York
July 31, 2002

CAROLYN . SCHWARTZ
UNITED STATES TRUSTEE

By:    /s/ Tracy Hope Davis

TRACY HOPE DAVIS (THD-8154)

33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500