**FILED UNDER SEAL**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**In re:** Adelphia Communications Corporation

           **Chapter** 11
           **Case No.**    **02-41729-reg**

           **Debtor.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CONFIDENTIAL - SUBJECT TO COURT ORDER**

**THIS MATERIAL HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED January 20, 2006 with document#9402 , DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.**