<u>**FILED UNDER SEAL**</u>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**In re:** Adelphia Communications Corporation

**Chapter** 11
**Case No.**    **02-41729-reg**

**Debtor.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>**CONFIDENTIAL - SUBJECT TO COURT ORDER**</u>

**THIS MATERIAL HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED November 28 , 2006 with document#12578 , DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.**