SEWARD & KISSEL LLP            Hearing Date: December 7, 2006 at 9:45 a.m.
One Battery Park Plaza
New York, NY  10004
Phone: (212) 574-1200
Fax:     (212) 480-8421
Arlene R. Alves, Esq. (AA 9171)

Attorneys for Law Debenture Trust Company
Of New York, as ACC Senior Notes Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ADELPHIA COMMUNICATIONS CORPORATION,<br>         et al.,<br><br>                            Debtors. | Chapter 11<br>Case No. 02-41729 (REG)<br><br>(Jointly Administered) |

**JOINDER OF LAW DEBENTURE TRUST
COMPANY OF NEW YORK, AS ACC SENIOR NOTES INDENTURE TRUSTEE,
TO RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE
TRUSTEE IN RESPECT OF THE ARAHOVA NOTES, TO OBJECTION OF THE
UNITED STATES TRUSTEE TO THE FIFTH AMENDED JOINT CHAPTER 11 PLAN
OF REORGANIZATION FOR THE DEBTORS**

       Law Debenture Trust Company of New York, as successor Indenture Trustee (the "ACC Senior Notes Trustee") for the holders of approximately $5 billion in aggregate principal amount of senior notes issued by Adelphia Communications Corporation, hereby joins in the Response of U.S. Bank National Association, as Indenture Trustee in Respect of the Arahova

Notes, to Objection of the United States Trustee to the Fifth Amended Joint Plan of Reorganization for the Debtors, dated December 5, 2006.

Dated:   New York, New York

     December 6, 2006

                              SEWARD & KISSEL LLP

                              <u>By: /s/Arlene R. Alves</u>

                              Arlene R. Alves (AA 9171)
                              One Battery Park Plaza
                              New York, NY  10004
                              Phone: (212) 574-1200
                              Fax:    (212) 480-8421

                              ATTORNEYS FOR LAW DEBENTURE TRUST
                              COMPANY OF NEW YORK, AS ACC SENIOR
                              NOTES INDENTURE TRUSTEE

Laurie R. Binder (LB 0476)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1200

Attorneys for Law Debenture Trust Company
of New York as Senior Notes Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>    ADELPHIA COMMUNICATIONS<br>    CORPORATION, *et al.*,<br><br>                             Debtors. | Chapter 11<br><br>Case No. 02-41729 (REG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

Laurie R. Binder, an attorney duly admitted to the bar of the State of New York, hereby certifies that on December 6, 2006, I caused to be served a copy of the Joinder of Law Debenture Trust Company of New York, as ACC Senior Notes Indenture Trustee, to Response of U.S. Bank National Association as Indenture Trustee in Respect of the Arahova Notes, to Objection of the United States Trustee to the Fifth Amended Joint Chapter 11 Plan of Reorganization for the Debtors by email and facsimile as indicated.

                                                                          /s/__Laurie R. Binder_____
                                                                              Laurie R. Binder
                                                                              (LB 0476)

Email Service List

akornberg@paulweiss.com; jsaferstein@paulweiss.com; slaughter@ballardspahr.com; perelman@ballardspahr.com; pmorgenstern@mjbllc.com; gblue@mjbllc.com; sonnenberg@adelphia.net; Ashiff@kasowitz.com; Dfriedman@kasowitz.com; ddunne@milbank.com; knoble@mayerbrownrowe.com; mabrams@willkie.com pshalhoub@willkie.com; ppantaleo@stblaw.com; robin.phelan@haynesboone.com

<u>Facsimile Service List</u>

| | | | |
|---|---|---|---|
| Tracy Hope Davis, Esq | Office of the United States Trustee<br>Southern District of New York | 212-668-2255 | 212-510-0500 |

SK 16271 0002 728320
12/6/06 02:51 PM

02-41729-shl Doc 12720 Filed 12/06/06 Entered 12/06/06 16:25:34 Main Document Pg 6 of 6

Attorneys for the Debtors
Willkie Farr & Gallagher LLP (Via e-mail)
Attn: Marc Abrams, Esq.
    and Paul V. Shalhoub, Esq.
787 Seventh Avenue
New York, NY 10019

Debtor
Adelphia Communications Corporation
(Via e-mail)
Attn: Brad Sonnenberg, Esq.
5619 DTC Parkway, 8th Floor
Greenwood Village, CO 80111

Counsel to Time Warner and Comcast
Paul, Weiss, Rifkind, Wharton & Garrison LLP
(Via e-mail)
Attn: Alan W. Kornberg, Esq. (Via e-mail)
    and Jeffrey Saferstein, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

Counsel to Time Warner and Comcast
Ballard Spahr Andrews & Ingersoll, LLP
(Via e-mail)
Attn: William Slaughter, Esq.
    and Richard S. Perelman, Esq.
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Counsel to the Official Committee of Unsecured Creditors
Kasowitz Benson Torres & Friedman LLP (Via e-mail)
Attn: David M. Friedman, Esq.
    and Adam L. Shiff, Esq.
1633 Broadway
New York, NY 10019

Counsel to the Official Committee of Equity Security Holders
Morgenstern Jacobs & Blue LLC (Via e-mail)
Attn: Peter D. Morgenstern, Esq.
    and Gregory A. Blue
885 Third Avenue
New York, NY 10022

Office of the United States Trustee
    for the Southern District of New York
(Via Facsimile)
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Counsel to Debtors' Prepetition Lender
Mayer, Brown, Rowe & May (Via e-mail)
Attn: Kenneth Noble, Esq.
1675 Broadway
New York, NY 10019

Counsel to Debtors' Prepetition Lender
Milbank, Tweed, Hadley & McCloy LLP
(Via e-mail)
Attn: Dennis F. Dunne, Esq.
One Chase Manhattan Plaza
New York, NY 10005

Counsel to Debtors' Prepetition Lender
Haynes & Boone LLP (Via e-mail)
Attn: Robin E. Phelan, Esq.
901 Main Street, Suite 3100
Dallas, TX 75202

Counsel to Debtors' Prepetition Lender
Simpson Thatcher & Bartlett (Via e-mail)
Attn: Peter V. Pantaleo, Esq.
425 Lexington Avenue
New York, NY 10017