Presentment Date: August 13, 2007 at 4:00 p.m. (Eastern)
Objection Deadline: August 13, 2007 at 12:00 noon (Eastern)
Hearing Date (if objections): August 23, 2007 at 9:45 a.m. (Eastern)

David M. Friedman (DF-4278)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
*Counsel to the Adelphia Recovery Trust*

Robert C. Heim (PA Bar No. 15758)
Jeffrey G. Weil (PA Bar No. 23902)
Michael S. Doluisio (PA Bar No. 75060)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
*Counsel to Adelphia Communications Corporation
and the Adelphia Recovery Trust*

Terence K. McLaughlin (TM-0287)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(211) 728-8000
*Counsel to the Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re                                                             :
                                                                  :   Case No. 02-41729 (REG)
ADELPHIA COMMUNICATIONS CORP., et al.,    :   Jointly Administered
                                                                  :
            Debtors.                                          :
                                                                  :
------------------------------------------------------------------X

NOTICE OF PRESENTMENT OF JOINT
MOTION OF ADELPHIA COMMUNICATIONS CORPORATION AND
THE ADELPHIA RECOVERY TRUST FOR ORDER APPROVING AND
<u>AUTHORIZING SETTLEMENT AGREEMENT WITH DELOITTE & TOUCHE LLP</u>

PLEASE TAKE NOTICE, that Adelphia Communications Corporation ("ACC"), for itself and its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), and the Adelphia Recovery Trust (the "Trust") (together with ACC, the "Movants"), by their undersigned counsel, have filed the *Joint Motion of Adelphia Communications Corporation and the Adelphia Recovery Trust for Order Approving and Authorizing Settlement Agreement with Deloitte & Touche LLP* (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT the undersigned will present the proposed *Order Granting the Joint Motion of Adelphia Communications Corporation and the Adelphia Recovery Trust for Order Approving and Authorizing Settlement Agreement With Deloitte & Touche LLP* that is annexed to the Motion to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for signature on August 13, 2007 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (i) be in writing, (ii) state the name and address of the objecting party, (iii) state with particularity the basis and nature of the objection, (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York (the "Local Rules"), and (v) be filed, together with proof of service, with the Bankruptcy Court pursuant to the procedures set forth in the Local Rules and General Order M-242, together with a copy delivered to the chambers of the Honorable Robert E. Gerber at the Courthouse, and served upon (a) each of the Movants' undersigned counsel, (b) Cravath, Swaine & Moore LLP, Attn. Karl C. Huth, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, Fax. No. (212) 474-3700, and (c) the Office of the United States Trustee, Attn: Tracy Davis, Esq., 33 Whitehall Street, 21st Floor, New York, New York 10004, so as to be received by all of the foregoing by no later than August 13, 2007 at noon (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that if objections are received, a hearing (the "Hearing") will be scheduled before the Honorable Robert E. Gerber, in Room 621 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, for August 23, 2007 at 9:45 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that you need not appear at the Hearing, if any, if you do not object to the relief requested in the Motion.

Dated: August 3, 2007
New York, New York

    KASOWITZ, BENSON, TORRES
    & FRIEDMAN LLP

    By: _David M. Friedman_
        David M. Friedman (DF-4278)
    1633 Broadway
    New York, New York 10019
    (212) 506-1700
    *Counsel to the Adelphia Recovery Trust*

    DECHERT LLP
    Robert C. Heim (PA Bar No. 15758)*
    Jeffrey G. Weil (PA Bar No. 23902)*
    Michael S. Doluisio (PA Bar No. 75060)*
    Cira Centre
    2929 Arch Street
    Philadelphia, Pennsylvania 19104
    *Counsel to Adelphia Communications*
    *Corporation and the Adelphia Recovery Trust*

    WILLKIE FARR & GALLAGHER LLP
    Terence K. McLaughlin (TM-0287)
    787 Seventh Avenue
    New York, New York 10019
    (212) 728-8000
    *Counsel to the Reorganized Debtors*

* Not admitted in New York