**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re | Chapter 11 Cases |
| Adelphia Communications Corp., <u>et</u> <u>al.</u>, | Case No. 02-41729-REG |
| Debtors, | (Jointly Administered) |
| Gerald Dibbern, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Adversary Proceeding No. 02-8074-REG |
| v. | |
| ADELPHIA COMMUNICATIONS CORP., JOHN DOES 1-20 and XYZ COMPANY NOS. 1-50, | |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### OF THE ADVERSARY PROCEEDING

Plaintiff, Gerald Dibbern, individually and on behalf of the class, together with Defendants respectfully by and through their undersigned counsel in accordance with the Class Action Settlement Agreement ("Settlement Agreement") paragraphs 4, 5, and 30 (the appeal period having expired), and pursuant to Bankruptcy Rule 7041, *Dismissal of Adversary Proceedings*, hereby stipulate to the dismissal of the above-referenced Adversary Proceeding, No. 02-8074-REG with prejudice, with costs and fees to be paid in accordance with the Settlement Agreement.

Dated: November 12, 2008                               Respectfully submitted,

By: /s/ Stephen V. Saia                                By: /s/ Brian E. O'Connor

| Law Offices of Stephen V. Saia | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| Stephen V. Saia, (SS-6203)<br>70 Old Cart Path Lane<br>Pembroke, MA 02359<br>(781) 826-8401 | Brian E. O'Connor (BOC-7627)<br>Jamie M. Ketten (JK-4043)<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000 |
| OF COUNSEL:<br>Jacob B. Perkinson<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403<br>(802) 862-0030 | *Attorneys for Reorganized Debtors*<br>*Defendant Adelphia Communications Corporation* |
| *Attorneys for Plaintiff and the Class* | |

SO ORDERED
Date: New York, New York          *S/ Robert E. Gerber*
November *12*, 2008                     HON. ROBERT E. GERBER
                                                        UNITED STATES BANKRUPTCY JUDGE

2