**United States Bankruptcy Court**
**Southern District of New York**

| | |
|---|---|
| In re | Chapter 11 Cases |
| Adelphia Communications, Corp, et al., | Case No. 02-41729-REG |
| Debtors, | (Jointly Administered) |
| Gerald Dibbern, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Adversary Proceeding No. 02-8074-REG |
| v. | |
| ADELPHIA COMMUNICATIONS CORP., JOHN DOES 1-20 and XYZ COMPANY NOS. 1-50, | |
| Defendants. | |

**ORDER ALLOWING ADDITIONAL SETTLEMENT ADMINISTRATOR FEES AND COSTS, ALLOWING LATE FILED CLAIMS TO BE INCLUDED IN THE SETTLEMENT DISTRIBUTION, AND FOR <u>DISTRIBUTION OF NET SETTLEMENT PROCEEDS TO VALID CLAIMAINTS</u>**

Upon Plaintiff's motion to: i) allow additional settlement administrator fees and costs; ii) allow late filed claims to be included in the settlement distribution; and iii) allow for distribution of settlement proceeds to valid claimants, and after due deliberation and sufficient cause,

IT IS HEREBY ORDERED THAT:

1. The Court approves Strategic Claim Services' ("SCS") total administrative fees and expense of $426,866.76, and authorizes the balance of $261,636.66 to be deducted from the Settlement Escrow and paid to SCS;

2. The Court approves and allows the 45 late filed claims to be included as Valid Claimants in the distribution because they have an immaterial effect on the distribution amounts of the timely filed Valid Claimants; and

3. After payment of SCS's administrative fees and expense fees and expenses from the Settlement Escrow as set forth herein, the Court authorizes Class Counsel and SCS to transfer the Settlement Escrow to a checking account managed by SCS for distribution to Valid Claimants.

Dated: New York, New York
     May *15*, 2009

*S. Robert E. Gerber*
HON. ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE