June 20, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re:                                :    Case No. 02-41729

ADELPHIA COMMUNICATIONS CORP., et al.,:    Chapter 11
--------------------------------------x

### ADELPHIA CREDITOR CLAIMS OF $4 BILLION
### REJECTED A SECOND TIME BY
### MAY 26, 2010 US COURT OF APPEALS FOR THE SECOND CIRCUIT
### ORDER OF
### HON. JOSE CABRANES, HON. ROBERT KATZMAN, HON. DENNY CHIN
### CIRCUIT JUDGES

---

This is a friendly reminder that Adelphia Creditor Claims of over $4 Billion have been **rejected a second time** by May 26, 2010 US Court of Appeals for the Second Circuit Order.

In **REJECTING Adelphia Creditor Claims** of over $4 billion, Hon. Judge Jose Cabranes, Hon. Judge Robert Katzman, and Hon. Judge Denny Chin unanimously dismissed Adelphia Creditor Claims and concluded that the US District Court did not err in dismissing Adelphia Creditor Claims, and AFFIRMED December 9, 2008 judgment of the US District Court, in which Hon. Judge Lawrence McKenna had dismissed Adelphia Creditor Claims of over $4 Billion.


Amicus Curiae
USA

1/18/2017 02-41729-shl    Doc 14763    Filed 06/24/19    Entered 06/25/19 13:58:58    Main Document
Pg 2 of 3

09-0039-cv In re: Adelphia Communication Corp. UNITED STATES Court of Appeals Main Document

*Search*

- Contact
- About

**MAY 2010 SECOND CIRCUIT COURT RULING**

Navigation: - current page 1 - .

09-0039-cv
In re: Adelphia Communication Corp.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate P and this court's Local Rule 32.1.1. When citing a summary order in a document filed with a party must cite either the Federal Appendix or an electronic database (with the notati "summary order"). A party citing a summary order must serve a copy of it on any party no represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, h Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New Y the 26th day of May, two thousand ten.

PRESENT:

JOSÉ A. CABRANES,
ROBERT A. KATZMANN,
DENNY CHIN,
            Circuit Judges.

----------------------------------x

ADELPHIA RECOVERY TRUST,

    Plaintiff-Appellant,

    v.                                                                  No. 09-0039-cv

BANK OF AMERICA, N.A., et al.,

    Defendants-Appellees.

----------------------------------x

FOR APPELLANT:       DAVID M. FRIEDMAN, Kasowitz, Benson, Torres &
                     Friedman LLP (Michael C. Harwood, Howard W. Schub,
                     Kasowitz, Benson, Torres & Friedman LLP; Deirdre E.
                     Connell, Jerold Solovy, Barry Levenstam, Richard F.
                     Ziegler, and Andrew Weissman, Jenner & Block, LLP; on the
                     brief) Chicago, IL and New York, NY.

FOR APPELLEES:       PHILIP D. ANKER (Joel Millar and Alan E. Schoenfeld
                     oses, on the brief) Wilmer Cutler Pickering Hale and Dorr

1

LLP, New York, NY,*
                     for Lender Appellees.

                     RICHARD L. WYNNE (Todd R. Geremia, Victoria
                     Dorfman, Bennet L. Spiegel, Erin N. Brady, and Laura A.
                     Thomas, on the brief) Jones Day, New York, NY, Los
                     Angeles, CA, and San Francisco, CA,
                         for Non-Agent Lender Appellees.

Appeal from a judgment of the United States District Court for the Southern District of New York (Lawrence M. McKenna, Judge).

UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be AFFIRMED.

     This appeal emerges from the complex bankruptcy proceedings handled with care and thoughtfulness by Judge Robert E. Gerber of the United States Bankruptcy Court for the Southern District of New York in the matter of the bankruptcy of Adelphia Communications Corp. and its subsidiaries. Plaintiff Adelphia Recovery Trust ("ART") appeals from a December 9, 2008 judgment of the District Court dismissing, in part, plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Judge McKenna held, in substance, that ART cannot pursue claims on behalf of certain uninjured creditors, which had been fully paid under the terms of two reorganization plans approved by Judge Gerber. On appeal, plaintiff argues that the District Court erred in concluding, inter alia, that plaintiff lacked standing to bring various claims under federal bankruptcy law. We assume the parties' familiarity with the facts and procedural history of this case.

     We have reviewed plaintiff's arguments and find them to be without merit. Substantially for the reasons stated in the District Court's comprehensive Memorandum and Order of June 17, 2008, we conclude that the District Court did not err in dismissing plaintiff's claims asserted under bankruptcy law. Accordingly, the December 9, 2008 judgment of the District Court is AFFIRMED.

                                      FOR THE COURT:

2 OF 3

* Because of the large number of law firms and attorneys representing the over 200 defendants in this case, the full list of attorneys and law firms is not listed here. A comprehensive list of all parties and attorneys involved in this litigation can be found on the public docket for this case.

2

Navigation: - current page 1 - .

Date Created: May 26 2010 at 14:10:19.

Date Modified: February 28 2016 at 03:38:46.

| Like | Share | Be the first of your friends to like this.

Tweet

G+ Share . Share this on Google+

- Search
- About allCourtData.com
- Contact

3 OF 3