UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re                                          ) | Chapter 11 Cases |
|                                                ) | |
| Adelphia Communications Corporation, et al.,   ) | Case No. 02-41729 (SHL) |
|                                                ) | |
| Reorganized Debtors.   ) | Jointly Administered |
|                                                ) | |

## FIFTY-FOURTH POST-CONFIRMATION STATUS REPORT

This Fifty-Fourth Post-Confirmation Status Report is filed in accordance with the Post Confirmation Order and Notice, dated February 13, 2007 (the "Effective Date"), in connection with the cases of the above-captioned reorganized debtors (collectively, the "Debtors"). Since the filing of the Fifty-Third Post-Confirmation Status Report on April 15, 2020 for Adelphia Communications Corporation ("Adelphia") and Certain of its Affiliated Debtors, describing the Debtors' progress subsequent to the confirmation of the First Modified Fifth Amended Joint Chapter 11 Plan for Adelphia Communications Corporation and Certain of its Affiliated Debtors, dated as of January 3, 2007, as Confirmed (the "Plan"),[1] for each of the Debtors other than the JV Debtors[2] by the order dated January 5, 2007 (the "Confirmation Order"), the Debtors, as reorganized pursuant to the Plan, have taken the following steps, among others, in connection with consummation of the Plan:

- No decision has been rendered by the Bankruptcy Court on the summary judgment and rebuttal documents that were filed in the prior quarter in Adelphia's case against its D&O insurance carrier for the recovery of legal fees and other expenses paid by Adelphia in a separate matter which has now been resolved. Adelphia's position is that the recovery of fees and expenses are required to satisfy the indemnity obligations of the insurance carrier to Adelphia. Settlement discussions have occurred between both parties, but nothing substantive has developed.

- Adelphia filed an application with the Internal Revenue Service (the "IRS") concerning an acceleration of the refund of the remaining Alternative Minimum Tax Credit. The remaining refund of approximately $43.5 million was expected to be recovered over the next approximately two years; however, a provision of the CARES Act that went into effect in April 2020 accelerates the timing of the refunds such that the full remaining credit is immediately recoverable. Adelphia is awaiting a response from the IRS concerning this application.

---

[1] Capitalized terms used but not defined have the meanings ascribed to such terms in the Plan.

[2] The JV Debtors are comprised of the following legal entities: Century-TCI California, L.P.; Century-TCI California Communications, L.P.; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos Communications, L.P.; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II, LLC; Parnassos, L.P.; Parnassos Holdings, LLC; Western NY Cablevision, L.P. The Third Modified Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for the Century-TCI Debtors and Parnassos Debtors, dated as of June 28, 2006, was confirmed by order dated June 29, 2006.

1

- Completed the tax return for the Adelphia Recovery Trust for the year ending December 31, 2019.

- Completed the tax return for ACC Claims Holdings, LLC for the year ending December 31, 2019.

- Continued efforts to maximize the value of remaining assets.

- The following activity has occurred since March 31, 2020:

|  | Cash |
|---|---|
| Balance at March 31, 2020 | $17,672,175 |
| Additions [a] | 15,673 |
| Investment Income | 4,066 |
| Net Plan Disbursements | (88,855) |
| Operating Costs [b] | (800,733) |
| Balance at June 30, 2020 | $16,802,326 |

[a] Additions include proceeds from ACC Claims Holdings, LLC for the Q1 2020 administrative fee totaling $15k and other.

[b] Operating costs include professional expenses of $0.5 million, salaries and related expenses of $0.1 million, contract labor of $0.1 million, and other of $0.1 million.

The remaining assets held in reserve are detailed in Exhibit A.

Dated: July 15, 2020

Adelphia Communications Corporation
By: Development Specialists, Inc.
Title: Plan Administrator

By: _____
Thomas P. Jeremiassen
Senior Managing Director

5613 DTC Parkway
Suite 590
Greenwood Village, CO  80111
(303) 268-6423

3

## Exhibit A

## Summary of Remaining Cash Held and Deferred Assets

| Cash | 3/31/2020 ($ in millions) | 6/30/2020 ($ in millions) | Status |
|---|---|---|---|
| Estate Operations | $ 1.7 | $ 0.9 | Transferred $34.7 million from Remaining Assets to Estate Operations to fund a $33.1 million distribution on February 19, 2020 and operating expenses that will be incurred through December 2020. |
| Remaining Assets | 16.0 | 15.9 | Transferred $34.7 million from Remaining Assets to Estate Operations to fund a $33.1 million distribution on February 19, 2020 and operating expenses that will be incurred through December 2020. |
| **Total Cash** | **17.7** | **16.8** | |
| **Deferred Assets** | | | |
| Interest in Tow Life Insurance Policies | 18.3 | 18.2 | Insurance proceeds due on the named individual net of note payable to the Adelphia Recovery Trust. |
| Federal Tax Refund Receivable | 43.5 | 43.5 | The Alternative Minimum Tax Credit refund was scheduled to be collected over a four year period: 50% of the total was collected in 2019 (totaling $43.5 million plus interest), 25% of the total to be collected in 2020, and 12.5% to be collected in both 2021 and 2022. However, Adelphia has filed an application for the acceleration of the refund and immediate payment of the remaining credit. |
| **Total Cash and Deferred Assets** | **$ 79.5** | **$ 78.5** | |