UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 Cases |
| ) | |
| Adelphia Communications Corporation, et al.,  ) | Case No. 02-41729 (SHL) |
| ) | |
| Reorganized Debtors.   ) | Jointly Administered |
| ) | |

### SUPPLEMENTAL POST-CONFIRMATION STATUS REPORT

This Supplemental Post-Confirmation Status Report is being filed after the Fifty-Fourth Post Confirmation Status Report, which was filed on July 15, 2020, in order to provide supplemental information impacting Adelphia Communications Corporation ("Adelphia"). Since the filing of the Fifty-Fourth Post-Confirmation Status Report, Adelphia received a tax refund totaling approximately $45.0 million.   The payment, inclusive of interest of approximately $1.4 million, represents the final installment of an approximately $87 million refund claimed in conjunction with the filing of Adelphia's 2018 federal income tax return. The refund of approximately $43.5 million was expected to be recovered over the next approximately two years; however, a provision of the CARES Act that went into effect in April 2020 accelerated the timing of the refunds such that the full remaining credit was immediately recoverable.

No decision has been made by Developmental Specialists, Inc., the Plan Administrator for Adelphia, as to the amount or timing of any additional distributions to holders of Allowed Claims against Adelphia pursuant to the First Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of Adelphia Communications Corporation and Certain Affiliated Debtors, dated as of January 3, 2007, as Confirmed.

Dated:   August 11, 2020

Adelphia Communications Corporation
By: Development Specialists, Inc.
Title: Plan Administrator

By:_____
Thomas P. Jeremiassen
Senior Managing Director

5613 DTC Parkway
Suite 590
Greenwood Village, CO  80111
(303) 268-6423

1