UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 Cases |
| Adelphia Communications Corporation, *et al.*, | Case No. 02-41729 (SHL) |
| Debtors. | Jointly Administered |

**ORDER AUTHORIZING (I) DEBTORS TO PAY OFF TOW NOTE,
(II) DEBTORS TO PAY TRUST EXPENSES FOLLOWING FINAL
LIQUIDATING DISTRIBUTION AND (III) CERTAIN PROCEDURES
RELATING TO TRUST'S FINAL LIQUIDATING DISTRIBUTION AND
FUTURE PLAN DISTRIBUTIONS**

Upon the motion (the "Motion") of the debtors in the above-captioned cases (the "Debtors") and the Adelphia Recovery Trust (the "Trust") for entry of an order pursuant to 11 U.S.C. §§ 105(a) and 1142, the terms of the *First Modified Fifth Amended Joint Chapter 11 Plan for Adelphia Communications Corporation and Certain of its Affiliated Debtors*, dated January 3, 2007 (the "Plan"), and the January 5, 2007 order confirming the Plan (the "Confirmation Order"), authorizing: (i) the Debtors to pay off the Tow Note; (ii) the Debtors to pay Trust expenses following the Final Liquidating Distribution; and (iii) certain Final Distribution Procedures relating to the Trust's Final Liquidating Distribution and future Plan distributions by the Debtors; and it appearing that reasonable and proper notice of the Motion has been given, and no other or further notice being necessary or required; and an objection to the Motion having been filed by Mapin Desai, Ph.D. [Docket No. 14795] (the "Objection"); and the Debtors and the Trust having filed a reply to the Objection [Docket No. 14798] (the "Reply"); and the Court having found after reviewing the Motion, the Objection and the Reply, and having heard the representations and arguments made the hearing conducted on the Motion on October 1, 2020, that the relief requested in the Motion is proper and in the best interest of the Debtors and the

Trust; and after due deliberation and sufficient cause appearing therefore, it is, for the reasons set forth on the record at the hearing,

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that the Objection is overruled on the merits; and it is further

ORDERED that capitalized terms used but not defined herein have the meanings given them in the Motion; and it is further

ORDERED that the Debtors are authorized to pay off the Tow Note; and it is further

ORDERED that the Debtors are authorized to pay Trust expenses after its Final Liquidating Distribution; and it is further

ORDERED that the Final Distribution Procedures are approved; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to this Order or the Motion.

Dated: New York, New York
      October 7, 2020

                                        */s/ Sean H. Lane*
                                        THE HONORABLE SEAN H. LANE
                                        UNITED STATES BANKRUPTCY JUDGE