UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| Adelphia Communications Corporation, et al., | ) | Case No. 02-41729 (SHL) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Ref. Docket No. 14822** |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                         ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 15, 2021, I caused to be served the "Fifty-Ninth Post-Confirmation Status Report," dated October 15, 2021 [Docket No. 14822], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    b. delivered via facsimile to those parties listed on the annexed Exhibit B.

                                                                         */s/ Angharad Bowdler*
                                                                         Angharad Bowdler

Sworn to before me this
19th day of October, 2021
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

# Exhibit A

| Email |
|---|
| acaton@kramerlevin.com |
| alves@sewkis.com |
| ashiff@kasowitz.com |
| cbelter@goldbergsegalla.com |
| charles_malloy@aporter.com |
| cjoralemon@gibsondunn.com |
| cshore@whitecase.com |
| ddunne@milbank.com |
| dirk.haarhoff@clydeco.us |
| deirdre.connell@adelphia.com |
| dfelder@orrick.com |
| dgelfand@milbank.com |
| dhayes@mcguirewoods.com |
| dmurray@jenner.com |
| egraff@stblaw.com |
| evan.cohen@cliffordchance.com |
| gary.holtzer@weil.com |
| gary.kaplan@friedfrank.com |
| gcastello@kelleydrye.com |
| geney63@aol.com |
| haynesn@gtlaw.com |
| horstmann@duanemorris.com |
| jamestecce@quinnemanuel.com |
| jcavoli@milbank.com |
| jennifer.demarco@cliffordchance.com |
| jlawlor@wmd-law.com |
| jsaferstein@paulweiss.com |
| jtrachtman@kramerlevin.com |
| keckstein@kramerlevin.com |
| kpasquale@stroock.com |
| lattanasio@sidley.com |
| lgranfield@cgsh.com |
| ljkotler@duanemorris.com |
| lmandel@milbank.com |
| lschweitzer@cgsh.com |
| mark.jacobs@jacobs-partners.com |
| mhirschfeld@milbank.com |
| michael.j.schlembach@jpmorgan.com |
| mingalls@kirkland.com |
| mking@gibsondunn.com |
| luskin@lsellp.com |
| morgenstern@butzel.com |
| mshinderman@milbank.com |

Adelphia Communications Email Service List

| Email |
|---|
| mwiener@jonesday.com |
| opinkas@sonnenschein.com |
| peter.knight@lw.com |
| philip.anker@wilmerhale.com |
| pnewman@milbank.com |
| ppantaleo@stblaw.com |
| rebecca.brazzano@thompsonhine.com |
| rkebrdle@whitecase.com |
| sascher@jenner.com |
| seth.goldman@mto.com |
| shapiro@blankrome.com |

# Exhibit B

Adelphia Communications Corporation, et al. Case No. 02-41729 (SHL)
Facsimile Service List

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE WILLIAM HARRINGTON | 212-668-2256 |
| WINSTON & STRAWN LLP STEVEN M. SCHWARTZ, ESQ. (COUNSEL FOR JPMORGAN SECURITIES) | 212-294-4700 |