UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 Cases |
| ) | |
| Adelphia Communications Corporation, et al., ) | Case No. 02-41729 (SHL) |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## SIXTY-FIFTH POST-CONFIRMATION STATUS REPORT

This Sixty-Fifth Post-Confirmation Status Report is filed in accordance with the Post Confirmation Order and Notice, dated February 13, 2007 (the "Effective Date"), in connection with the cases of the above-captioned reorganized debtors (collectively, the "Debtors"). Since the filing of the Sixty-Fourth Post-Confirmation Status Report on January 13, 2023 for Adelphia Communications Corporation ("Adelphia") and Certain of its Affiliated Debtors, describing the Debtors' progress subsequent to the confirmation of the First Modified Fifth Amended Joint Chapter 11 Plan for Adelphia Communications Corporation and Certain of its Affiliated Debtors, dated as of January 3, 2007, as Confirmed (the "Plan"),[1] for each of the Debtors other than the JV Debtors[2] by the order dated January 5, 2007 (the "Confirmation Order"), the Debtors, as reorganized pursuant to the Plan, have taken the following steps, among others, in connection with consummation of the Plan:

- Completed IRS audit of the Adelphia Communications Corporation and Subsidiaries income tax returns for the years ended December 31, 2018 and December 31, 2019.

- Completed audit of ACC Claims Holdings, LLC 12/31/22 financial statements.

- Adelphia announced a $3M distribution to holders of ACC Allowed Claims on March 30, 2023. The distribution has a record date of April 6, 2023 and will occur on or around April 13, 2023.

- Continued efforts to maximize the value of remaining assets.

---

[1] Capitalized terms used but not defined have the meanings ascribed to such terms in the Plan.

[2] The JV Debtors are comprised of the following legal entities: Century-TCI California, L.P.; Century-TCI California Communications, L.P.; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos Communications, L.P.; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II, LLC; Parnassos, L.P.; Parnassos Holdings, LLC; Western NY Cablevision, L.P. The Third Modified Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for the Century-TCI Debtors and Parnassos Debtors, dated as of June 28, 2006, was confirmed by order dated June 29, 2006.

1

- The following activity has occurred since December 31, 2022:

|  | Cash |
|---|---|
| Balance at December 31, 2022 | $6,781,417 |
| Additions | 15,000 |
| Investment Income | 67,923 |
| Net Plan Disbursements | 0 |
| Operating Costs [a] | (452,578) |
| Balance at March 31, 2023 | $6,411,762 |

[a] Operating costs include salaries and related expenses of $0.1 million, professional expenses of $0.1 million, insurance of $0.1 million, contract labor of $0.1 million and other of $0.1 million.

The remaining assets held in reserve are detailed in Exhibit A.

Dated: April 14, 2023

Adelphia Communications Corporation
By: Development Specialists, Inc.
Title: Plan Administrator

By: *[signature]*
Thomas P. Jeremiassen
Senior Managing Director

5613 DTC Parkway
Suite 590
Greenwood Village, CO 80111
(303) 268-6423

# Exhibit A

## Summary of Remaining Cash Held and Deferred Assets

| Cash | 12/31/2022 ($ in millions) | 3/31/2023 ($ in millions) | Status |
|---|---|---|---|
| Estate Operations | $ 0.7 | $ 0.8 | Transferred $625 from Remaining Assets to Estate to fund operations |
| Remaining Assets | 6.1 | 5.6 | Transferred $625 from Remaining Assets to Estate to fund operations |
| **Total Cash** | **6.8** | **6.4** | |
| **Deferred Assets** | | | |
| Interest in Tow Life Insurance Policies | 25.4 | 25.4 | |
| **Total Cash and Deferred Assets** | $ 32.2 | $ 31.8 | |