April 17, 2023

APR 21 2023

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re:                                          :    Case No. 02-41729

ADELPHIA COMMUNICATIONS CORP., et al.,          :    Chapter 11
---------------------------------------x

# THOUGHTS ON ADELPHIA COMMUNICATIONS APRIL 2023 $3 MILLION DISTRIBUTION

As per the attached documents (Pages 3, 4 & 5), Adelphia Communications Corporation announced a distribution of $3 Million in April 2023 to ACC-3, ACC-4 and ACC-5.

## *APRIL 2023 $ 3M DISTRIBUTION DOES NOT FOLLOW ACC DISTRIBUTION WATERFALL*

It is OBVIOUS that this distribution DOES NOT FOLLOW Adelphia Communications Corporation (ACC) Distribution WATERFALL in the approved First Modified Fifth Amended Joint Chapter 11 Plan of Reorganization.

As a friendly reminder, ACC Distribution WATERFALL of the approved Plan, is a WATERFALL Distribution in which a Lower Tier is filled only after an Upper Tier is completely filled. Conversely, if a Lower Tier is filled, it means all Higher Tiers have been Completely Filled.

Looking at the April 2023 $ 3 Million Distribution in which ACC-3, ACC-4 and ACC-5 are being simultaneously Filled begs the question, is this distribution WRONGFUL ?

## *HOW TO AVOID WRONGFUL DISTRIBUTIONS*

To allay concerns of Wrongful Distributions, Substitution of ACC Distribution Waterfall and Embezzlement, all persons involved in making and approving Distributions MUST SIGN under oath with penalty of perjury if the Distribution is a result of:

1) Substitution of Adelphia Recovery Trust (ART) Distribution Priority for plan approved ACC Distribution Waterfall
2) Violation of Bankruptcy Code (e.g New York & Pennsylvania Out of Pocket Rule)
3) Circumvention of June 17, 2008 District Court Ruling of Hon. Judge Lawrence McKenna
4) Circumvention of May 26, 2010 US Courts of Appeal for the Second Circuit Court Ruling of Hon. Judge Jose Cabranes, Hon. Judge Robert Katzman, and Hon. Judge Denny Chin
5) Violation of March 22, 2017 US Supreme Court Ruling 15-649

*MnD*

Mapin Desai, 9 Lynch Road, Voorhees, NJ 08043                                    Page 1 of 5

Could the Adelphia Bankruptcy Proceedings set a troubling and dangerous precedent of violation of Bankruptcy Codes, Circumvention of District Court Rulings, Circumvention of Second Circuit Court Rulings, Circumvention of Supreme Court Rulings, Substitution of Distribution Waterfall, Smuggling of Invalid Claims, and a road map for Embezzlement ?

Attachments:

1) Adelphia Communications Corporation Announces Distribution 03/30/2023 (Pages 3 & 4)
2) Information on Distributions to Holders of Allowed Claims Against Adelphia Communications Corporation (Page 5)

*MMD*  04/17/23

Mapin Desai, 9 Lynch Road, Voorhees, NJ 08043

**For Immediate Release**

Media Contact
Mary Palmquist (303) 268-6388

3/30/2023

## Adelphia Communications Corporation Announces Distribution

**Greenwood Village, CO., March 30, 2023** – Adelphia Communications Corporation ("ACC") announced today a subsequent distribution of $3.0 million in cash payable on or about April 13, 2023 to holders of Allowed Claims against the parent Adelphia Communications Corporation pursuant to the First Modified Fifth Amended Joint Chapter 11 Plan of Reorganization of Adelphia Communications Corporation and Certain Affiliated Debtors, dated as of January 3, 2007, as Confirmed (the "Plan"). ACC has established a Record Date for purposes of this distribution of April 6, 2023.

A chart summarizing the distribution of cash to be made to holders of Allowed Claims against ACC is available in the Important Documents section of the Company's website at www.adelphiarestructuring.com. The chart does not reflect additional distributions that may be made over time as a result of the release of reserves. The amount and timing of such distributions as a result of the release of reserves are subject to the terms and conditions of the Plan and numerous other conditions and uncertainties, many of which are outside the control of Adelphia and its subsidiaries.

Creditor inquiries regarding distributions under the Plan should be directed to creditor.inquiries@adelphia.com.

The Effective Date of the Plan occurred on February 13, 2007. Adelphia Communications Corporation continues under the management of Development Specialists, Inc., the Plan Administrator, to liquidate its assets and administer its plan of reorganization. Prior to the sale of substantially all of the consolidated assets of Adelphia to Time Warner NY Cable LLC and Comcast Corporation on July 31, 2006, Adelphia Communications Corporation was the fifth largest cable television company in the country. It served customers in 31 states and offered analog and digital video services, high-speed Internet access and other advanced services over its broadband networks.

**Cautionary Statement Regarding Forward-Looking Statements**

This press release includes forward-looking statements. All statements regarding the Company's and its subsidiaries' and affiliates' expected sources and uses of cash, income tax positions, and future course of the administration of the Plan, as well as statements that include words such as "anticipate," "if," "believe," "plan," "estimate," "expect," "intend," "may," "could," "should," "will" and other similar expressions, are forward-looking statements. Such forward-looking statements are inherently uncertain, and readers must recognize that actual

results may differ materially from the Company's expectations. The Company does not undertake a duty to update such forward-looking statements. Factors that may cause actual results to differ materially from those in the forward-looking statements include the potential costs and impacts of the Company's administration of the Plan, the tax effects of various aspects of the Plan, results of litigation against the Company, results and impacts of the sale of the Company's assets and those discussed under Item 1A, "Risk Factors," in the Company's Quarterly Report on Form 10-Q for the period ended September 30, 2006 and in the Company's Second Disclosure Statement Supplement, filed with the Bankruptcy Court on October 16, 2006, which is currently available in the Important Documents section of the Company's website at www.adelphiarestructuring.com. Information contained on the Company's Internet website is not incorporated by reference into this press release. Many of these factors are outside of the Company's control.

###

# INFORMATION ON DISTRIBUTIONS TO HOLDERS OF ALLOWED CLAIMS AGAINST ADELPHIA COMMUNICATIONS CORPORATION

The following chart summarizes the subsequent distribution to holders of allowed claims against Adelphia Communications Corporation ("ACC") of cash to be made on or about April 13, 2023. Actual distributions may vary due to rounding. The chart is based on the assumption that distributions made to Indenture Trustees for the benefit of the underlying Noteholders were distributed in their entirety to the Noteholders and were not subject to holdback or reduction with respect to any claims of the applicable Indenture Trustee. The chart does not reflect additional distributions that may be made over time as a result of the release of reserves. The amount and timing of such distributions as a result of the release of reserves are subject to the terms and conditions of the Plan and numerous other conditions and uncertainties, many of which are outside the control of ACC and its subsidiaries.

| CLASS | DESCRIPTION | CUSIP | Escrow CUSIP | CASH PER $1,000 PRINCIPAL AMOUNT |
|---|---|---|---|---|
| ACC 3 | 9-7/8% Senior Debentures due March 1, 2005, issued by ACC | 006848AF2 | 006ESC9F6 | $0.564213 |
| ACC 3 | 9-1/2% Senior Pay-In-Kind Notes due February 15, 2004, issued by ACC | 006848AK1 | 006ESCAK3 | $0.565860 |
| ACC 3 | 9-7/8% Senior Notes due March 1, 2007, issued by ACC | 006848AP0 | 006ESCAP2 | $0.564212 |
| ACC 3 | 10-1/2% Senior Notes due July 15, 2004, issued by ACC | 006848AR6 | 006ESCAR8 | $0.572633 |
| ACC 3 | 9-1/4% Senior Notes due October 1, 2002, issued by ACC | 006848AS4 | 006ESCAS6 | $0.558911 |
| ACC 3 | 8-3/8% Senior Notes due February 1, 2008, issued by ACC | 006848AU9 | 006ESCAU1 | $0.565432 |
| ACC 3 | 8-1/8% Senior Notes due July 15, 2003, issued by ACC | 006848AW5 | 006ESCAW7 | $0.566860 |
| ACC 3 | 7-1/2% Senior Notes due January 15, 2004, issued by ACC | 006848AZ8 | 006ESCAZ0 | $0.565340 |
| ACC 3 | 7-3/4% Senior Notes due January 15, 2009, issued by ACC | 006848BC8 | 006ESCBC0 | $0.565947 |
| ACC 3 | 7-7/8% Senior Notes due May 1, 2009 issued by ACC | 006848BD6 | 006ESCBD8 | $0.553566 |
| ACC 3 | 9-3/8% Senior Notes due November 15, 2009, issued by ACC | 006848BE4 | 006ESCBE6 | $0.578448 |
| ACC 3 | 10-7/8% Senior Notes due October 1, 2010, issued by ACC | 006848BF1 | 006ESCBF3 | $0.560985 |
| ACC 3 | 10-1/4% Senior Notes due June 15, 2011, issued by ACC | 006848BJ3 | 006ESCBJ5 | $0.576699 |
| ACC 3 | 10-1/4% Senior Notes due November 1, 2006, issued by ACC | 006848BK0 | 006ESCBK2 | $0.555514 |
| ACC 4 | ACC Trade Claims | N/A | N/A | $0.43 |
| ACC 5 | ACC Other Unsecured Claims | N/A | N/A | $0.43 |

P. 5 OF 5