Request for Transparency of Adelphia Remaining Assets Distribution Trust &
Adelphia Reserved Assets Distribution Trust

RECEIVED Nov. 29, 2025

DEC - 3 2025

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

-------------------------------------- x
In re: : Case No. 02-41729

ADELPHIA COMMUNICATIONS CORP., et al., : Chapter 11
-------------------------------------- x

## REQUEST FOR TRANSARENCY OF ADELPHIA REMAINING ASSETS DISTRIBUTION TRUST & ADELPHIA RESERVED ASSETS DISTRIBUTION TRUST

After patiently waiting for DECADES, in the 23rd year of Adelphia Bankruptcy Proceedings, I respectfully request transparency regarding assets of the following:

1) Adelphia Remaining Assets Distribution Trust
2) Adelphia Reserved Assets Distribution Trust

As a friend of the court, I attach Exhibit A listing BILLIONS of DOLLARS of assets that need to be in the above trusts.

*Please make the RIGHTFUL DISTRIBUTION of the above Assets to Adelphia Shareholders (as ALL the Creditors have already been paid far in excess of what is allowed under the plan)*

Mapin Desai

Page 1 of 4

## Request for Transparency of Adelphia Remaining Assets Distribution Trust & Adelphia Reserved Assets Distribution Trust

### Exhibit A - Adelphia Communications Corp (ACC) Estate Hidden Assets

The following is a possible list of Adelphia Communications Corporation Estate Hidden Assets kept absent from ACC Post Confirmation Status Reports for decades.

1) Tax refund from the more than $6 Billion of Net Operating Loss accumulated by ACC. When Adelphia Assets were sold to Time Warner / Comcast for a cash consideration of around $19 Billion Dollars, there was substantial realized gain, since the book value of ACC at the time was around $12.5 Billion Dollars. So the $6 Billion Net Operating Loss needs to be utilized to offset the gain realized during the sale of ACC assets to Time Warner / Comcast to obtain the Tax Refund.

    (Possible hidden assets: Billions of Dollars ?)

2) The disallowed but, re-instated 510(b) claims, that are subject to disallowance.

    (Explanation - $2.3 Billion of Rigas co-borrowing from the Banks was paid back to the Banks from the Proceeds of the Sale to Comcast / Time Warner Cable, subject to Disgorgement and Disallowance. This Claim was later Disallowed by the Court (thus freeing up the $2.3 Billion for ACC Estate), but the Claim was reinstated subject to Disallowance, and cryptically referred to as 510(b) Claims)

    (Possible hidden assets: 2.3 Billion Dollars ?)

3) If one compares the Adelphia <u>Settlement with the Banks</u> to the Adelphia <u>Settlement with Motorola</u>, a component of settlement with Adelphia *Communications Corporation* is conspicuously absent in the Settlement with the Banks. Could there be a component of settlement (that has not been made public) with Adelphia *Communications Corporation*, in addition to the settlement of $175 Million with Adelphia *Recovery Trust*, as part of the June 2008 Hon. Lawrence McKenna District Court ruling and settlement with the Banks.

    (Possible hidden assets: Billions of Dollars ?)

4) Agent Bank and Non-Agent Banks Claims that were paid, but were subsequently disallowed.

    (Possible hidden assets: Billions of Dollars ?)

5) Cash Funds transferred from Adelphia *Communications Corporation* to Adelphia *Recovery Trust* to fund the initial expenses of ART operation, but was misused.

    (Possible missing assets: 25 Million Dollars ?)

Mapin Desai

### Request for Transparency of Adelphia Remaining Assets Distribution Trust & Adelphia Reserved Assets Distribution Trust

6) Wrongful Distribution of $33.2 Million made to Adelphia Creditors in February, 2020.

   (Possible missing assets:    33.2 Million Dollars ?)

7) Recovery of Funds distributed to Adelphia Creditors by ART Trustees (appointed by Adelphia Creditors), which do not follow bankruptcy codes or are not in accordance with ACC Waterfall established in the plan.

   (Possible missing assets:  1.8 Billion Dollars ?)

8) Recovery of Attorney's fees paid to buy support of the plan. (Ref: "You Support My Plan, I'll Pay Your Attorneys: Adelphia's Troubling Precedent", By John Sheahan, Trial Attorney, Office of the General Counsel, EOUST. ABI Journal (Vol. XXXI, No. 4, May 2012). With the benefit of 20/20 hindsight, it is now clear that the Attorney's fees were not utilized to help Adelphia Estate at all, in fact it caused considerable harm to the Adelphia Estate.

   (Possible missing assets: 88 Million Dollars ?)

9) Recovery of funds spent in hiding Adelphia Estate Assets for over a decade and illicit efforts to wrongfully distribute them

   (Possible missing assets: Millions of Dollars)

10) Recovery of funds spent during Eight Years of preliminary discussions with legal counsel, investment bankers, and other advisors to explore "Rehabilitation Transaction" with an unrelated third party to get back hidden assets for wrongful distribution.

    (Possible missing assets: Millions of Dollars)

11) Recovery of funds spent in illicit efforts over almost a decade to substitute ART Distribution Priority for ACC Waterfall.

    (Possible missing assets: Millions of Dollars ?)

12) According to ART 2016 Loss on Investment in Litigation Claims Worksheet published on 3-29-2017, "Total 2016 Loss on Investment in Litigation: $347,524,632" . It is not clear where is this $347 Million, and who gets it. (

    (Possible missing assets: ?)

Mapin Desai

**Request for Transparency of Adelphia Remaining Assets Distribution Trust & Adelphia Reserved Assets Distribution Trust**

13) I have access only to publicly available information, and am not privy to inside information. Could there be other assets missing from ACC Post-Confirmation Status Reports ?

(Possible missing assets: ?)


Mapin Desai