UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Cases |
| | ) | |
| Adelphia Communications Corporation, et al., | ) | Case No. 02-41729 (SHL) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SEVENTY-SEVENTH POST-CONFIRMATION STATUS REPORT

This Seventy-Seventh Post-Confirmation Status Report is filed in accordance with the Post Confirmation Order and Notice, dated February 13, 2007 (the "Effective Date"), in connection with the cases of the above-captioned reorganized debtors (collectively, the "Debtors"). Since the filing of the Seventy-Sixth Post-Confirmation Status Report on January 15, 2026, for Adelphia Communications Corporation ("Adelphia") and Certain of its Affiliated Debtors, describing the Debtors' progress subsequent to the confirmation of the First Modified Fifth Amended Joint Chapter 11 Plan for Adelphia Communications Corporation and Certain of its Affiliated Debtors, dated as of January 3, 2007, as Confirmed (the "Plan"),[1] for each of the Debtors other than the JV Debtors[2] by the order dated January 5, 2007 (the "Confirmation Order"), the Debtors, as reorganized pursuant to the Plan, have taken the following steps, among others, in connection with consummation of the Plan:

- Continued procedures for the process of obtaining a final decree from the Bankruptcy Court to close the bankruptcy case. The Debtor hopes to obtain a final decree during the second quarter of 2026.

- Continued efforts to maximize the value of remaining assets.

---

[1] Capitalized terms used but not defined have the meanings ascribed to such terms in the Plan.

[2] The JV Debtors are comprised of the following legal entities: Century-TCI California, L.P.; Century-TCI California Communications, L.P.; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC; Parnassos Communications, L.P.; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II, LLC; Parnassos, L.P.; Parnassos Holdings, LLC; Western NY Cablevision, L.P. The Third Modified Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for the Century-TCI Debtors and Parnassos Debtors, dated as of June 28, 2006, was confirmed by order dated June 29, 2006.

- The following activity has occurred since December 31, 2025:

|  | Cash |
| --- | --- |
| Balance at December 31, 2025 | $1,371,390 |
| Additions (a) | 15,000 |
| Investment Income | 3,744 |
| Net Plan Disbursements(b) | - |
| Operating Costs (c) | (492,371) |
| Balance at March 31, 2026 | $ 897,763 |

(a) Additions include proceeds from the ACC Claims Holdings, LLC administrative fee of $15,000 per quarter for the fourth-quarter period of October 1, 2025, through December 31, 2025.

(b) Net plan disbursements include checks that cleared during the current quarter that were issued as part of the July 23, 2025, distribution. As of March 31, 2026, $53,407 of checks issued remain outstanding

(c) Operating costs include professional expenses of $92,000, contract labor of $62,000, insurance of $322,000 and other of $16,000.

The remaining assets held in reserve are detailed in Exhibit A.

Dated: March 15, 2026

Adelphia Communications Corporation
By: Development Specialists, Inc.
Title: Plan Administrator

By: _____
Thomas P. Jeremiassen
Senior Managing Director

362 East Second Street
Suite 1
Coudersport, PA 16915
(814) 203-25332

# Exhibit A

# Summary of Remaining Cash Held

| Cash | 12/31/2025 ($ in millions) | 03/31/2026 ($ in millions) | Status |
|---|---|---|---|
| Estate Operations | $ .1 | $ .9 | |
| Remaining Assets | 1.2 | 0 | |
| **Total Cash** | **1.3** | **.9** | |