## Exhibit B

**Bankruptcy Closing Report**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Adelphia Communications Corp., | ) Case No. 02-41729 (SHL) |
| | ) |
| Debtor. | ) |
| | ) |

## CLOSING REPORT PURSUANT TO LOCAL BANKRUPTCY RULE 3022-1

Development Specialists, Inc., in its capacity as Plan Administrator for Adelphia Communications Corporation, as debtor in the above-captioned case (the "Debtor"), submits this Bankruptcy Closing Report pursuant to the requirements of Local Bankruptcy Rule 3022-1 of the United States Bankruptcy Court for the Southern District of New York.

1.       To the best of my knowledge, information, and belief, the following is an accurate summary of the fees and expenses approved and paid to the Debtor's professionals for services rendered from June 25, 2002, the petition date, to February 13, 2007, the effective date of the *First Modified Fifth Amended Joint Chapter 11 Plan for Adelphia Communications Corporation and Certain of its Affiliated Debtors*:

| Professional | Role to Debtor | Total Fees | Total Expenses |
|---|---|---|---|
| PricewaterhouseCoopers LLC | Accountant and Financial Advisor | $138,243,790.04 | $7,696,607.64 |
| Willkie Farr & Gallagher LLP | Debtor's Counsel | $96,621,892.84 | $6,929,839.81 |
| Covington & Burling LLP | Special Counsel to the Special Committee of Board of Directors | $11,874,338.42 | $492,236.98 |
| Duff & Phelps LLC f/k/a Standard & Poor's Corporate Value Consulting | Litigation Consultants | $2,099,259.94 | $11,647.31 |

| | | | |
|---|---|---|---|
| Fisher Sweetbaum Levin & Sands, P.C. | Real Estate Special Counsel | $744,363.28 | $17,458.98 |
| Focused Business Solutions, Inc. | Cost Recovery Consultant | $1,746,562.10 | $0.00 |
| Heidrick & Struggles | Executive Search Consultants | $77,095.19 | $21,857.96 |
| Holland & Knight LLP | Special Counsel | $1,993,304.43 | $247,220.08 |
| Holme Roberts & Owen LLP | Special Counsel | $3,902,750.34 | $70,602.26 |
| Jefferson Wells International, Inc. | International Auditors | $11,440,035.20 | $1,425,034.17 |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Special Counsel | $5,910,863.05 | $651,786.72 |
| LECG, LLC | Economic Consultants | $21,305,247.85 | $784,341.56 |
| Munger Tolles & Olson LLP | Special Conflicts Counsel | $4,120,374.29 | $134,596.42 |
| Sherman & Howard, L.L.C. | Special Counsel | $2,668,010.01 | $106,481.16 |
| Spencer Stuart | Executive Search Consultants | $312,000.00 | $14,782.00 |
| Tauber & Balser P.C. | Forensic Accountants | $1,888,565.50 | $36,747.77 |
| TMNG Strategy | Communications Industry Expert Consultants | $888,722.94 | $19,677.53 |
| BDO Seidman LLP | Special Forensic Accountants | $1,454,430.82 | $28,724.57 |
| Bird Marella Boxer Wolpert Nessim Drooks & Lincenberg, APC | Special Litigation Counsel | $236,491.61 | $5,670.18 |
| Bond & Pecaro, Inc. | Appraisal Consultants | $1,575,039.42 | $12,135.93 |
| Chicago Partners | Litigation Consultants | $2,249,995.75 | $144,257.84 |
| Cole Raywid & Braverman LLP | Special Communications Regulatory Counsel | $7,018,474.81 | $311,370.42 |

2

| | | | |
|---|---|---|---|
| Collective Infrastructure Technology, Inc. | Telecommunications Consultant | $1,086,643.91 | $112,356.22 |
| Davis Wright & Tremaine LLP | Special Telecommunications and Intellectual Property Counsel | $2,537,605.90 | $90,540.41 |
| Dow Lohnes & Albertson PLLC | Special Franchise Counsel | $4,249,937.44 | $239,767.24 |
| Dreier LLP | Special Litigation Counsel | $30,581.50 | $404.50 |
| Ernst & Young LLP | Tax Service Providers | $88,000.00 | $4,408.00 |
| Genetelli Consulting Group | Tax Consultant | $2,620,608.48 | $6,743.27 |
| Grubb & Ellis Company | Real Estate Consultants | $424,860.00 | $104,101.73 |
| James Martin | Litigation Consultant and Expert | $19,200.00 | $1,049.29 |
| Jon Flinker | Special Labor Relations and Employment Counsel | $67,826.29 | $2,992.14 |
| Lazard Freres & Co. LLP | Investment Banker | $19,437,167.00 | $1,233,593.21 |
| Sullivan & Cromwell LLP | Special Mergers and Acquisitions Counsel | $12,300,554.45 | $123,890.17 |
| Fisher & Phillips LLP | Special Counsel | $134,355.10 | $8,907.30 |
| Foley & Lardner LLP | Special Corporate and Securities Counsel | $659,418.37 | $20,046.66 |
| Hogan & Hartson L.L.P. | Special Environmental Counsel | $60,362.10 | $625.03 |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Special Counsel | $1,427,037.86 | $44,716.01 |
| Dechert LLP | Special Litigation Counsel | $19,074,852.16 | $2,398,702.43 |
| Decision Strategies, LLC | Investigators and Asset Recovery Specialists | $734,066.40 | $81,144.84 |

3

| | | | |
|---|---|---|---|
| Dove Consulting Group | Strategic Management Consultants | $318,510.46 | $24,172.66 |
| Fleischman & Walsh, LLP | Special Communications Regulatory Counsel | $1,314,098.20 | $39,240.73 |
| Fried Frank Harris Shriver & Jacobson LLP | Special Corporate and Securities Counsel | $687,692.80 | $117,734.23 |
| UBS Securities LLC | Mergers and Acquisitions Financial Advisor | $19,937,931.36 | $707,896.10 |
| Allen & Company LLC | Mergers and Acquisitions Financial Advisor | $10,735,809.19 | $184,934.09 |
| Navigant Consulting, Inc. | Litigation Consultant and Expert | $101,603.25 | $600.88 |

2.      All costs and expenses deriving from the administration of the Debtor's estate and its chapter 11 case, including, without limitation, any quarterly fees due to the Office of the United States Trustee for the Southern District of New York under section 1930 of title 28 of the United States Code, have been paid or will be paid.

*[Remainder of page intentionally left blank]*

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge, information, and belief.


Dated: May 11, 2026                      Development Specialists, Inc.
      New York, New York


By:    */s/ Thomas P. Jeremiassen*
     Name: Thomas P. Jeremiassen
     Title: Authorized Signatory

5